IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. L-11-cr-0600 |
| v. | : |
| | : |
| JOON PARK, | : |
|     a/k/a Joon Pak, | : |
|     a/k/a Joon Paik, | : |
| LOREN YOUNG PARK, | : |
|     a/k/a Loren Yong Park | : |
|     a/k/a Yong Park, and | : |
| JADE CAPITAL & INVESTMENTS, LLC, | : |
| | : |
| Defendants. | : |

### FIRST AMENDMENT TO THE PRE-TRIAL RESTRAINING ORDER

After having read and considered the government's First Motion to Amend Pre-Trial Restraining Order, IT IS HEREBY ORDERED that the November 10, 2011 Restraining Order is amended so that Sandy Spring Bank will have full access to the following property for the purpose of appointing a receiver to such property:

* SP Investment, LLC
* Park Family Partnership
* Woodbridge Mini-Mall, LLC
* Marlboro Pike Venture, LLC
* Marlboro Pike Car Wash, Inc.
* Marlboro Pike Lube Service, Inc.
* The Sandy Spring Bank Collateral and any related assets and bank accounts
* Sandy Spring Bank Account # 01577078801 held in the name of SP Investment
* Suntrust Bank Account #202704920 held in the name of Park Family Partnership
* Sandy Spring Bank Account #1428542201 held in the name of SP Investment, LLC
* Suntrust Bank Account #1000062873657 held in the name of SP Investment, LLC
* Suntrust Bank Account # 1000096100556 held in the name of Woodbridge Mini-Mall, LLC
* Suntrust Bank Account #1000015655367 held in the name of Woodbridge Mini-Mall, LLC/Hi-Mart- Main Office 0-2

    \*    Suntrust Bank Account #1000061389150 held in the name of Marlboro Pike Car Wash, Inc.

    \*    Suntrust Bank Account #1000062873392 held in the name of Marlboro Pike Lube Service, Inc.

IT IS FURTHER ORDERED that the November 10, 2011 Restraining Order no longer prohibits or enjoins Sandy Spring Bank from exercising or enforcing its rights and remedies with respect to the Sandy Spring Bank Obligors[1], the Sandy Spring Bank Collateral[2], or ay related assets or bank accounts.

IT IS FURTHER ORDERED that Sandy Spring Bank may take such steps and file such pleadings in state court as are necessary to institute and pursue receivership proceedings with respect to the Sandy Spring Bank Obligors and the Sandy Spring Bank Collateral.

IT IS FURTHER ORDERED that Sandy Spring Bank will cause any receiver appointed at the request of Sandy Spring Bank to provide the United States Marshals Service and the United States Attorney's Office with a monthly report as to the status of the property listed above.

IT IS FURTHER ORDERED that any receiver appointed at the request of Sandy Spring Bank may exercise all powers and duties assigned to it by the state court, or otherwise by state law, without having to seek the approval of this Court, the United States Marshals Service, of the Office of the

---

[1] Sandy Spring Bank Obligors collectively refers to SP Investment, LLC, Park Family Partnership, and 5401 Marlboro Pike Venture, LLC. Marlboro Pike Venture, LLC includes Marlboro Pike Car Wash, Inc and Marlboro Pike Lube Service, Inc.

[2] Sandy Spring Bank Collateral collectively refers to certain real property of SP Investment, LLC located in Prince William County, Virginia and generally known as 13414 and 13444 Jefferson Davis Highway, Prince William County, Virginia; certain real property of Park Family Partnership located in Manassas, Virginia and generally known as 8693-8699 Parkland Street, Manassas, Virginia; and certain real property of 5401 Marlboro Pike Venture, LLC located in District Heights, Maryland and generally known as 5401 Marlboro Pike, District Heights, Maryland, along with all leases, rents, profits and other amounts payable from or as a result of each of the aforementioned properties.

United States Attorney, except that neither Sandy Spring Bank nor the receive may sell any property subject to this amendment of the Restraining Order below fair market value without consulting with, and getting approval from, the United States Marshals Service and the United States Attorney's Office.

SO ORDERED this  8th day of December, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE
Benson Everett Legg