IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Criminal No. L-11-cr-0600 |
| v. | : |
| | : |
| JOON PARK, | : |
|     a/k/a Joon Pak, | : |
|     a/k/a Joon Paik, | : |
| LOREN YOUNG PARK, | : |
|     a/k/a Loren Yong Park | : |
|     a/k/a Yong Park, and | : |
| JADE CAPITAL & INVESTMENTS, LLC, | : |
| | : |
| Defendants. | : |

## SECOND AMENDMENT TO THE PRE-TRIAL RESTRAINING ORDER

After having read and considered the government's Second Motion to Amend Pre-Trial Restraining Order and for good cause shown, IT IS HEREBY ORDERED that the November 10, 2011 Restraining Order is amended to include the following property:

* Sorak Garden Partnership
* North Avenue Car Wash, LLC
* Bee Thrify, LLC
* SPFF, LLC
* Forest Wash Center, LLC
* Cascade Shell
* 1130-1136 W. North Avenue, Baltimore, MD
* 2301 & 2311 McCulloh Street, Baltimore, MD
*Navy Federal Credit Union Account #2718122704 held in the name of Joon and Ingook Park
* Suntrust Bank Account # 1000020971775 held in the name of Hi-Mart Retail
* Suntrust Account # 1000102516654 held in the name of Hi-Mart Money Store
* Suntrust Account #1000061388376 held in the name of Nokesville Farm, LLC
* Suntrust Account #1000077133485 held in the name of Hoadly Road Venture, LLC
* Suntrust Account # 1000089796329 held in the name of Loren Park
* Suntrust Account #1000089796683 held in the name of Sorak Garden Restaurant

* Suntrust Account #1000131643891 held in the name of Sorak Garden Restaurant
* Suntrust Account # 1000109873934 held in the name of SGVSA, LLC.
* Suntrust Account #1000110523410 held in the name of SGVSA, LLC
* Suntrust Account #00232021785 and/or A1F-784028 held in the name of Loren Park
* Suntrust Account #1000133582782 held in the name of North Avenue Car Wash
* Suntrsut Account #1000143972759 held in the name of B-thrifty, LLC
* Suntrust Account #1000143972742 held in the name of B-thrifty, LLC
* Suntrust Account #1000045561882 held in the name of Hi Mart Laundromat, Inc.
* Suntrust Account #1000058757278 held in the name of Realty Banc, LLC-
* Suntrust Account #1000028786472 held in the name of Hi Mart Food Court
* Suntrust Account # 1000077133089 held in the name of 9 Forest Wash Center, LLC
* Suntrust Account #1000061389150 held in the name of Marlboro Pike Car Wash
* Suntrust Account #1000062873392 held in the name of Marlboro Pike Lube Service
* BB&T account # 5238487333 held in the name of Sorak Garden Restaurant
* BB& T account # 0005238488194 held in the name of Sorak Garden, Inc.
* Wachovia Account #1010318289366 held in the name of Loren Park
* Peoples Bank Account #1270006239 held in the name of Joon Park

(hereinafter, collectively, the "Property")

IT IS FURTHER ORDERED that the above Property is subject to all terms and conditions set forth in the November 10, 2011 Order.

IT IS FURTHER ORDERED a copy of this Order, as well as a copy of the November 10, 2011 Order, shall be served by the United States Attorney's Office or the United States Marshals Service on all individuals or entities believed to have any share of ownership of, or custody of, or access to, the Property and all financial institutions having custody of all financial accounts listed in this Order and a return reflecting the dates and times of service shall be made.

SO ORDERED this __22nd__ day of __December__, 2011.

_____
Benson Everett Legg
United States District Judge

2